```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: MAJOR MODEL MANAGEMENT INC.,

                       Debtor.

---

PEDRO AGRA,

                       Appellant,

-against-

MAJOR MODEL MANAGEMENT INC.,

                       Appellee.

23-CV-7657 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 29, 2023, Mr. Agra, appearing *pro se*, filed a Notice of Appeal from the Bankruptcy Court Order dismissing Plaintiff's complaint in the adversary proceeding in Case Nos. 22-B-10169 (MG) and 23-1135A (MG) (the "Dismissal Order"), Dkt. 1;

    WHEREAS on August 31, 2023, the Court ordered Mr. Agra to seek leave to file an interlocutory appeal of the Dismissal Order pursuant to Fed. R. Bankr. P. 8004 by no later than September 22, 2023, Dkt. 6; and

    WHEREAS to date, the Court has not received any motion for leave to appeal the Dismissal Order.

    IT IS HEREBY ORDERED that the Court *sua sponte* extends Mr. Agra's deadline to file a proper motion and accompanying memorandum of law for leave to appeal the Dismissal Order by no later than **October 22, 2023**, or otherwise show cause why the case should not be dismissed without prejudice for failure to prosecute.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Agra and note the mailing on the docket.

**SO ORDERED.**

**Date:  September 29, 2023**
**          New York, New York**

                                     _____
                                          **VALERIE CAPRONI**
                                          **United States District Judge**