```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
PEDRO AGRA,

                                     Appellant,

            -against-

MAJOR MODEL MANAGEMENT INC.,

                                     Appellee.
-------------------------------------------------------------

ORDER

23-CV-7657 (VEC)

VALERIE CAPRONI, United States District Judge:

        WHEREAS on October 24, 2023, Appellant filed a Motion for leave to appeal from the Bankruptcy Court's order ("Motion"), *see* Dkt. 13; *see also* Dkt. 7.

        IT IS HEREBY ORDERED that the deadline for Appellee to file a response to the Motion is **Friday, November 17, 2023**.

        IT IS FURTHER ORDERED that the deadline for Appellant to file a reply in support of the Motion is **Friday, December 1, 2023**.

**SO ORDERED.**

Date: November 3, 2023
       New York, New York

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**