**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
IN RE: MAJOR MODEL MANAGEMENT INC.,
                           Debtor.
--------------------------------------------------------------------X

PEDRO AGRA,
                      Plaintiff,

          -against-


GUIDO DOLCI, NADIA SHAHRIK, MASSIMO
TACCHINI, MAJOR MODEL MANAGEMENT
INC., MAJOR MIAMI LLC, GEMIDE SRL, &
MENSBOARD MANAGEMENT, INC.,
                    Defendants.
--------------------------------------------------------------------X

PEDRO AGRA,
                    Appellant,

         -against-


MAJOR MODEL MANAGEMENT INC.,
                    Appellee.
--------------------------------------------------------------------X

Chapter 11
Subchapter V
Case No. 22-10169


Adv. Pro. No 23-1135



23 **CIVIL** 7657 (VEC)



**<u>JUDGMENT</u>**


It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated July 17, 2024, the Bankruptcy Court's order is AFFIRMED, and Appellants appeal is DENIED.

**Dated:**  New York, New York
       July 18, 2024

                                   **DANIEL ORTIZ**
                         **Acting Clerk of Court**

               **BY:**

                       _____
                            **Deputy Clerk**